UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKAS KUMAR,<br><br>                            Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>                            Respondents. | Case No.:  25-CV-3796 JLS (DDL)<br><br>**ORDER DISMISSING CASE**<br><br>(ECF No. 6) |

      On January 6, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus ("Order," ECF No. 6), and Petitioner was released from custody (ECF No. 7). Petitioner's attorney requested attorney's fees under the Equal Access to Justice Act. *See* ECF No. 1 at 36. In the Court's Order, Petitioner's attorney was given thirty (30) days from the date of the Order to "submit an attorney fee application and corresponding billing records." Order at 7. Thirty days from the date of the Order have come and gone, and Petitioner's attorney has not submitted an attorney fee application. *See generally* Docket.

/ / /

/ / /

/ / /

Therefore, counsel's request for attorney's fees is **DENIED WITHOUT PREJUDICE**. As this concludes the litigation in the matter, the Clerk shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: February 9, 2026

Hon. Janis L. Sammartino
United States District Judge